JS-6

Thomas J. Peistrup, SBN 213407
  Email: *tpeistrup@ta-llp.com*
Michael S. Adler, SBN 190119
  Email: *madler@ta-llp.com*
TANTALO & ADLER LLP
1901 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 734-8695
Facsimile: (310) 734-8696

Attorneys for Defendant,
INNOVENTIONS INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ELSA POLO, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>INNOVENTIONS INTERNATIONAL, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO.: CV 13-830 ABC (RNBx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] JUDGMENT**<br><br>Hon. Audrey B. Collins |

# JUDGMENT IN A CIVIL ACTION

Pursuant to the Court's May 1, 2014 Order Granting Defendants' Motion for Summary Judgment [Dkt. No. 71], decided by the Honorable Audrey B. Collins, the Court has ordered that:

Plaintiff Elsa Polo take nothing, the action be dismissed on the merits, and the defendant Innoventions International LLC recover costs from the plaintiff Elsa Polo.

Dated: MAY 12, 2014

Hon. Audrey B. Collins
Judge of The United States District Court