# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA POLO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INNOVENTIONS INTERNATIONAL, LLC,<br><br>    Defendant. | Case No. CV 13-0830 FMO (RNBx)<br><br>**ORDER REMANDING ACTION** |

Pursuant to the Ninth Circuit's opinion (see Dkt. 89) and mandate (see Dkt. 91), IT IS ORDERED THAT:

1. The above-captioned action shall be **remanded** to the Superior Court of the State of California for the County of Los Angeles, 111 N. Hill St., Los Angeles, CA 90012, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c).

2. The Clerk shall send a certified copy of this Order to the state court.

Dated this 7th day of October, 2016.

                                         /s/
                                    Fernando M. Olguin
                                United States District Judge